```
                              FILED
                              Aug 13 2025
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA
                              BY   s/ A Cortez    DEPUTY
```

## SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANGEL FLORES (1),<br>　aka "FloresTheBagMan,"<br>DANIEL ZAMBRANO (2),<br>RUBEN IVAN RUBIO (3),<br>█████████████ (4),<br><br>　　　　Defendants. | Case No. '25 CR3190 BJC<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(a)(1)(A), 923(a),<br>and 924(a)(1)(D) -- Engaging<br>in the Business of Dealing<br>Firearms Without a License;<br>Title 18, U.S.C., Secs. 922(o)<br>and 924(a)(2) -- Possession of a<br>Machinegun; Title 21, U.S.C.,<br>Secs. 841(a)(1) and 846 --<br>Conspiracy to Distribute<br>Methamphetamine; Title 21, U.S.C.,<br>Sec. 841(a)(1) -- Distribution of<br>Fentanyl and Cocaine; Title 18,<br>U.S.C., Sec. 924(d) and Title 28,<br>U.S.C., Sec. 2461(c) -- Criminal<br>Forfeiture |

The grand jury charges:

### Count 1

Beginning no later than on or about June 12, 2024, and continuing through on or about July 15, 2025, within the Southern District of California and elsewhere, defendant ANGEL FLORES, aka "FloresTheBagMan," not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

FAN:nlv:San Diego:8/12/25

## Count 2

Beginning no later than on or about June 12, 2024, and continuing through on or about July 15, 2025, within the Southern District of California and elsewhere, defendant DANIEL ZAMBRANO, not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## Count 3

Beginning no later than on or about March 5, 2025, and continuing through on or about May 19, 2025, within the Southern District of California and elsewhere, defendant RUBEN IVAN RUBIO, not being licensed as an importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## Count 4

On or about September 19, 2024, within the Southern District of California, defendants ANGEL FLORES, aka "FloresTheBagMan," and DANIEL ZAMBRANO did knowingly possess a machinegun, to wit: an unserialized, 3D-printed multi-caliber machinegun, which is a machinegun as defined in Title 26, United States Code, Section 5845(b); all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## Count 5

On or about March 5, 2025, within the Southern District of California, defendant DANIEL ZAMBRANO did knowingly possess a machinegun, to wit: an Aero Precision, AP15, .223 caliber, machinegun rifle with an obliterated serial number, which is a machinegun as defined in Title 26, United States Code, Section 5845(b); all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## Count 6

Beginning on a date unknown to the grand jury and continuing up to and including April 9, 2025, within the Southern District of California, defendants DANIEL ZAMBRANO, RUBEN IVAN RUBIO, and ███ did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury, to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 7

On or about September 19, 2024, within the Southern District of California, defendant DANIEL ZAMBRANO did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 8

On or about March 5, 2025, within the Southern District of California, defendant RUBEN IVAN RUBIO did knowingly and intentionally distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//

FORFEITURE ALLEGATIONS

The allegations in Counts 1 and 2 are re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 18, United States Code, Section 2461(c).

Upon conviction of one and more of the offenses alleged in Counts 1 and 2 of this Indictment, defendant ANGEL FLORES aka "FloresTheBagMan," and defendant DANIEL ZAMBRANO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 18, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses. The firearms and ammunition to be forfeited include, but are not limited to, one Glock 19, 9mm pistol bearing serial number BWRM01 and one 16-round capacity magazine containing one round of Speer 9mm ammunition.

All in violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: August 13, 2025.

A TRUE BILL:

_____
Foreperson

ADAM GORDON
United States Attorney

By: _____
FRANCISCO A. NAGEL
Assistant U.S. Attorney

I hereby attest and certify on Aug 14, 2025 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ A. Cortez
Deputy